# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge David L. West

**Criminal Case No. 11-PO-00137-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

vs.

**1. CATHERINE ROST,**

**Defendant.**

## ORDER GRANTING EXTENSION OF TIME

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Defendant has requested an extension of time within which to comply with item 2 of the Additional Conditions of Judgment, therefore;

**IT IS HEREBY ORDERED** that the Defendant's request is **GRANTED** and she shall have an extension of time to December 10, 2011 to complete the alcohol evaluation and furnish a copy of the evaluation and recommendations to the Court.

**DATED: November 23, 2011.**

                                        **BY THE COURT:**

                                        **s/David L. West**
                                        **United States Magistrate Judge**

## CERTIFICATE OF MAILING

I hereby certify that on this 23rd day of November , 2011, a true and correct copy of the foregoing Order was placed in the U. S. Mail, postage prepaid to the following:

Catherine Rost
411 Marilla Street
Buffalo, New York 14220

**By:** s/Shirley W. Dills
**Assistant to Magistrate Judge**